**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV12-07241 JAK (SHx) | Date | May 7, 2013 |
|---|---|---|---|
| Title | Lauran Gangl v. United Resource Systems, Inc., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On May 3, 2013, Plaintiff filed "Notice of Settlement" (Dkt. 21). The Court sets an Order to Show Cause re Dismissal for June 24, 2013 at 1:30 p.m. If the parties file a dismissal by June 10, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The August 5, 2013 Post Mediation Status Conference, December 2, 2013 Final Pretrial Conference, December 13, 2013 Exhibit Conference, and December 17, 2013 Trial are vacated.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    ak