UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAURAN GANGL, | ) | CASE NO. 2:12-cv-07241-JAK-SH |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |
| vs. | ) | |
| UNITED RESOURCE SYSTEMS, INC. , and DOES 1 - 10, inclusive, | ) | JS-6 |
| Defendants. | ) | |

The Court has reviewed the Stipulation of Plaintiff LAURAN GANGL and Defendant UNITED RESOURCE SYSTEMS, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: June 11, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE